THE PEOPLE, on the relation of Phelps, *vs.* DELAWARE COMMON PLEAS.

Five years after the final disposition of an appeal cause in the C. P. this court will not interfere, by mandamus, to direct the quashing of the appeal.

MOTION for a mandamus. A plaintiff in a suit which had been carried up by appeal to the Delaware common pleas, was nonsuited. *Five years* afterwards, application was made to the common pleas to quash the appeal for a defect in the appeal bond, which was refused. A mandamus was now asked for, directing a vacatur of the rule refusing the application, and ordering the appeal to be quashed.

*By the Court,* SUTHERLAND, J. The bond was palpably bad, and were the proceedings still *pendente lite* in the common pleas, an alternative mandamus would be awarded. But after the lapse of five years subsequent to the final decision of the cause, the court deem it inexpedient to interfere.

Motion denied.